

# Fourth Court of Appeals
## San Antonio, Texas

March 10, 2015

No. 04-14-00758-CV

John A. **LANCE**, Debra L. Lance, F.D. Franks and Helen Franks,
Appellants

v.

Judith and Terry **ROBINSON**, Gary and Brenda Fest, Virginia Gray and Butch Townsend,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-12-0100209
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

Appellants' brief was original due on February 5, 2015. Appellants' motion for extension of time was granted and Appellants' brief was due to be filed on March 9, 2015. On March 5, 2015, Appellants' counsel filed an unopposed motion for extension of time, seeking a thirty day extension. Appellants' motion is GRANTED. Appellant's brief is due to be filed by April 8, 2015. ***Absent extenuating circumstances, no further extensions will be granted.***

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court